Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA SISK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA RESTAURANT SERVICES, INC. dba DOTTY'S, a Nevada Corporation; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendants. | Case No. : 2:13-cv-00789-APG-VCF<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** |

The undersigned counsel of record for Defendant Nevada Restaurant Services, Inc. d/b/a Dotty's, certifies that there are no known interested parties other than those participating in this case. This representation is made to enable judges of the Court to evaluate possible recusal.

Dated this 12th day of June, 2013.

JACKSON LEWIS LLP

　　/s/ Elayna J. Youchah
Elayna J. Youchah, Bar # 5837
Lisa A. McClane, Bar # 10139
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Jackson Lewis LLP and that on this 12th day of June, 2013, I caused to be served a true and correct copy of the above and foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**, via the United States Mail, postage prepared, properly addressed to the following:

M. Lani Esteban-Trinidad
Amy M. Rose
Esteban-Trinidad Law, P.C.
4315 N. Rancho Drive, Ste. 110
Las Vegas, Nevada 89130

*Attorneys for Plaintiffs*

/s/ Emily Santiago
Employee of Jackson Lewis LLP

JACKSON LEWIS LLP
LAS VEGAS

-2-